# UNITED STATES BANKRUPTCY COURT

**NORTHERN** DISTRICT Of **ILLINOIS**

**CHICAGO** Division

| | | | |
|---|---|---|---|
| In re: | **Walker Vauters, Jr.** | Case No: | **09-33484** |
| | **Gloria Jean Vauters** | Chapter: | **13** |
| Property Address: | **22440 ADAMS DRIVE RICHTON PARK, IL 60471** | | |
| Last four digits of any number you use to identify the debtor's account: | **2692** | | |
| Court Claim No. (if known) | | | |

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **5/2/2012** and filed as Docket No. **47**

### Pre-Petition Default Payments    Applicable option is checked.

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

| Total Amount Due: | **$0.00** |
|---|---|

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments    Applicable option is checked.

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☑ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

| Total Amount Due: | **$13,985.50** |
|---|---|

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor    ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X  /s/ Stephen C. Needham                     X  05/28/2012
      Signature                                      Date (MM/DD/YYYY)

First Name: Stephen          Middle Name: C.          Last Name: Needham

Title:       Attorney
Company:     Noonan & Lieberman
Address:     105 W. Adams, Ste. 1100
City:        Chicago                   State: IL          Zip: 60603
Phone:       312-431-1455

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| PAYMENTS: 7/2011 - 4/2012 @ $1,255.83 EACH | 5/11/2012 | $12,558.30 |
| PAYMENT: 5/2012 @ $1,427.20 | 5/11/2012 | $1,427.20 |

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 5/28/2012

Chapter 13 Trustee: Tom Vaughn

Trustee Address: —

Trustee Email: via ECF

Debtor's Counsel Name: Timothy K. Liou

Debtor's Counsel Address: —

Debtor's Counsel Email: via ECF

Debtor 1 Name: Walker Vauters, Jr.

Debtor 2 Name: Gloria Jean Vauters

Debtor's Mailing Address: 22440 Adams Dr., Richton Park, IL 60471

Debtor Email:

/s/ Stephen C. Needham